FILED
CLERK, U.S. DISTRICT COURT

FEB 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA VALENCIA,<br><br>        Petitioner,<br><br>  v.<br><br>JEANNE S. WOODFORD,<br><br>        Respondent. | No. CV 06-3151-GAF(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motions to dismiss (docket no. 9, filed June 30, 2006, and no. 14, filed March 30, 2007) be granted; and (3) that judgment be entered dismissing the petition, with prejudice, as time-barred.

1

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: 2/13/08

_____
GARY A. FEESS
United States District Judge