Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA VALENCIA,<br><br>    Petitioner,<br><br>v.<br><br>JEANNE S. WOODFORD,<br><br>    Respondent. | No. CV 06-3151-GAF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: 2/13/08

_____
GARY A. FEESS
United States District Judge